UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BAY AREA INVESTMENT FUND I, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>2501 CORMACK, LLC,<br><br>Defendant. | Case No.  5:21-cv-08234-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING ACTION**<br><br>Re: Dkt. No. 5 |

Appellant Bay Area Investment Fund I, LLC ("BAI Fund I") filed the present bankruptcy appeal on October 22, 2021. Dkt. No. 1. On March 1, 2022, the Court issued an order to show cause why this appeal should not be dismissed for failure to prosecute. Dkt. No. 5. The Court ordered BAI Fund I to submit a show cause response by May 2, 2022 and TO appear before the Court on May 12, 2022. Dkt. No. 9.

On May 2, the Receiver for BAI Fund I submitted a show cause response stating that she did not intend to take further action to prosecute this appeal. Accordingly, the Court DISCHARGES the order to show cause and DISMISSES the action.

The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: May 2, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-08234-EJD
ORDER DISCHARGING OSC AND DISMISSING ACTION
1